# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MASHOUR ABDULLAH MUQBEL
ALSABRI (ISN 324)

                Petitioner,

       v.

BARACK OBAMA, President of the
United States, *et al.*,

                Respondents.

Civil Action No. 06-1767 (RCL)

## [Proposed] ORDER

Upon consideration of Respondents' Unopposed Motion for Extension of Time to Respond to

the Court's May 6, 2013 Order, it is hereby ORDERED that:

1.    Respondents' motion is GRANTED;

2.    Respondents shall respond to the Court's May 6, 2013 Order no later than June 12,

2013.

Signed by Royce C. Lamberth, Chief Judge, on ___June 10___, 2013

1